# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00192-CR

**Christopher Lawrence, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF COMAL COUNTY, 207TH JUDICIAL DISTRICT
### NO. CR2013-543, HONORABLE JACK H. ROBISON, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Christopher Lawrence filed his notice of appeal on March 27, 2014. Appellant's brief on appeal was originally due on August 13, 2014. On counsel's motions, the deadline for filing was extended to December 19, 2014. Appellant's counsel has now filed a fourth motion requesting that the Court extend the time for filing appellant's brief an additional 32 days. We grant the motion for extension of time and order appellant to file a brief no later than January 20, 2015. No further extension of time will be granted. Failure to comply with this order will result in the referral of this case to the trial court for a hearing under Rule 38.8(b) of the Texas Rules of Appellate Procedure.

It is so ordered this 30th day of December, 2014.

Before Justices Puryear, Pemberton, and Field

Do Not Publish